UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARRELL WALKER**                                               **CIVIL ACTION**

**VERSUS**                                                        **NO. 05-6649**

**MS. AMANDA GERALD ET AL**                                     **SECTION "B" (2)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1) and that his state law claims are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE